# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>__Daniel Mackinnon___<br>Defendant | )<br>)<br>) Case No. 19mj1695<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I knowingly and voluntarily agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1

Date: 04/29/19

_Daniel Mackinnon_
Defendant's signature

_[signature]_
Signature of defendant's attorney

Dana Grimes    250933
Printed name and bar number of defendant's attorney

402 West Broadway ste 1700
San Diego, CA 92101
Address of defendant's attorney

dana@gwdefense.com
E-mail address of defendant's attorney

(619) 232-9700
Telephone number of defendant's attorney

FAX number of defendant's attorney